UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE LUIS HERRERA,
A-240-464-713

Petitioner,

v.

WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et. al.,

Respondents.

No. 2:26-cv-00763-DJC-DMC-HC

ORDER

Petitioner, an immigration detainee who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 along with a motion for temporary restraining order. *See* ECF Nos. 1 and 2. Pending before the Court is Respondent's motion to dismiss. *See* ECF No. 8. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 25, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed August 25, 2026, ECF No. 15, are adopted in full.
2. Respondents' motion to dismiss, ECF No. 8, is DENIED;
3. The petition for writ of habeas corpus, ECF No. 1, is GRANTED;
4. Petitioner's motion to expedite and request ruling, ECF No. 16, is DENIED AS MOOT;
5. Respondents are ORDERED to immediately release Petitioner, JORGE LUIS HERRERA, A-240-464-713 with all Petitioner's documents and possessions;
6. Respondents are permanently ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change of circumstances necessitating Petitioner's arrest and detention, and a timely hearing. At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have counsel present;
7. This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal;
8. Respondents are ORDERED to file a notice of compliance within three (3) days of this order;

9. Clerk of the Court is directed to serve California City Correctional Center with a copy of this Order;

10. Clerk of the Court is directed to enter judgment in favor of Petitioner and close the case.

IT IS SO ORDERED.

Dated: **September 2, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE